# EXHIBIT A

## ASSIGNMENT AND TRANSFER OF COPYRIGHTS

For good and valuable considerations, the receipt and sufficiency of which are acknowledged, Tom Hussey, an individual and citizen of the United States of America ("Assignor"), having an address at 154 Express Street, Dallas, Texas 75207, hereby transfers and assigns on the date set opposite the signatures herein below ("Effective Date"), to Tom Hussey Photography, LLC, a limited liability company organized under the laws of the State of Texas, having an address at 154 Express Street, Dallas, Texas 75207 ("Assignee"), and Assignee's successors and assigns, the entire world-wide right, title, and interest in and to any and all copyrights in and to the works and copyright registrations and applications therefor attached hereto and incorporated herein as Exhibit A and all other photographs heretofore created by Assignor (hereinafter, the "Works").

This assignment includes, but is not limited to, all of Assignor's rights of copyright in the Works and in all derivative works, now known or hereafter developed; the right to make future conveyances of the Works; and to any and all causes of action heretofore accrued or accruing for past, current, or future infringement or threatened infringement or alleged infringement of the copyright in the Works, including the right to enforce copyrights and sue for all claims, benefits and damages based upon past, current, or future infringements of the Works, and to retain all gross proceeds therefrom (the "Rights").

The Assignor warrants and represents that, as of the Effective Date, Assignor has full authority to enter into this Agreement and that at the time he has not assigned or otherwise transferred the Rights to any third party. This Agreement constitutes the entire understanding and agreement between the parties and supersedes any and all prior agreements or understandings, written or oral, between the parties regarding the Works.

The Assignor acknowledges and agrees that he shall execute all such other documents, and take all such further actions, as the Assignee may reasonably request in order to effectuate the terms and purposes of this Assignment.

IN WITNESS WHEREOF, the undersigned have set their hands and seals as of the date written below.

| ASSIGNOR | ASSIGNEE |
|---|---|
| Tom Hussey | Tom Hussey Photography, LLC |
| By: *[signature]* | By: *[signature]* |
| Date Signed: MAY 24, 2019 | Date Signed: MAY 24, 2019 |

DM2\9576880.1