# EXHIBIT B


