# **EXHIBIT A**

















