# **EXHIBIT B**



# The Fastest-Growing Publisher In Modern Media.

We work with creators to uncover issues and stories that matter through the lens of authenticity, inclusivity, and conversation. An audience-first, personalized approach allows us to speak to the many or the few, united by a boundless curiosity about the changing world and our place in it.

## 9 Leading Media Brands

84 Million Readers

42 Million Social Fans

## Our Brands







# Mic

# NYLON

# ROMPER

# THE ZOE REPORT

The largest reach and engagement of any Millennial and Gen Z focused publisher

## Leadership Team



Bryan Goldberg

Founder & Chief Executive Officer



Deb Schwartz

Chief Financial Officer



Jason Wagenheim

President & Chief Revenue Officer



Emma Rosenblum

Editor-in-Chief, Lifestyle



Joshua Topolsky

Executive Vice President & Editor-in-Chief, Culture & Innovation



Tyler Love

Chief Technology Officer



Elizabeth Webbe Lunny

Executive Vice President,
Revenue



Trisha Dearborn

Executive Vice President,
Human Resources



Chris Altchek

Executive Vice President,
Corporate Development



Dave Nemetz

Executive Vice President & General Manager, Culture & Innovation



Kai Hsing

Executive Vice President, Marketing and Operations



Kimberly Bernhardt

Senior Vice President, Communications



#### Kate Robinson

Senior Vice President, Content Distribution & Partnerships



#### Emily DeSear

Senior Vice President, Creative



#### Meghan Muntean

Senior Vice President, Commerce & Revenue Development



Amanda Chan

Director of Content Strategy

# In The News

Jason Wagenheim Becomes BDG's First President



BDG Hires Amazon Fashion's Karen Hibbert as VP of Creative



Bustle Digital Group Fills New Fashion Director Role



[BDG Launches Consumer Technology Publication, Input](#)



SEE MORE

## Contact Us

917-551-6510

NYC
315 Park Avenue South
12th Floor
New York, NY 10010

LONDON
151 Wardour Street
Soho, London
W1f 8WE

LOS ANGELES
750 N San Vicente Blvd
Pacific Design Center - Red Building
Los Angeles, CA 90069

CHICAGO
111 w. Illinois St.
Chicago, IL 60654