# **EXHIBIT C**

# Current Judicial Vacancies

*This table contains a listing of current judicial vacancies by court. The name of the incumbent, the reason for the vacancy, the vacancy date, the nominee (if applicable), and the nomination date.*

Vacancies in the Federal Judiciary
116th Congress
Last updated on 05/20/2020
Total Vacancies: 83
Total Nominees Pending: 47

| Court | Incumbent | Vacancy Reason | Vacancy Date | Nominee | Nomination Date |
|---|---|---|---|---|---|
| 01 - MA | O'Toole Jr.,George A. | Senior | 01/01/2018 | | |
| 01 - MA | Woodlock,Douglas P. | Senior | 06/01/2015 | | |
| 02 - CT | Thompson,Alvin W. | Senior | 08/31/2018 | Jongbloed,Barbara Bailey | 10/15/2019 |
| 02 - NY-E | Irizarry,Dora L. | Senior | 01/26/2020 | | |
| 02 - NY-E | Gleeson,John | Resigned | 03/09/2016 | Gujarati,Diane | 05/21/2019 |
| 02 - NY-E | Bianco,Joseph F. | Elevated | 05/08/2019 | Komatireddy,Saritha | 05/04/2020 |
| 02 - NY-N | Sharpe,Gary L. | Senior | 01/01/2016 | | |
| 02 - NY-S | Pauley III,William H. | Senior | 03/01/2018 | Cronan,John Peter | 02/27/2020 |
| 02 - NY-S | Forrest,Katherine B. | Resigned | 09/11/2018 | Lan,Iris | 05/04/2020 |
| 02 - NY-S | Sullivan,Richard J. | Elevated | 10/11/2018 | Rearden,Jennifer H. | 05/04/2020 |
| 03 - NJ | Martini,William J. | Senior | 02/10/2015 | | |
| 03 - NJ | Sheridan,Peter G. | Senior | 06/14/2018 | | |
| 03 - NJ | Kugler,Robert B. | Senior | 11/02/2018 | | |
| 03 - NJ | Linares,Jose L. | Retired | 05/16/2019 | | |
| 03 - NJ | Hochberg,Faith S. | Retired | 03/06/2015 | | |
| 03 - NJ | Simandle,Jerome B. | Senior | 05/31/2017 | | |
| 03 - PA-E | Stengel,Lawrence F. | Retired | 08/31/2018 | | |
| 03 - PA-W | Fischer,Nora Barry | Senior | 06/13/2019 | Hardy,William Scott | 01/06/2020 |

| Court | Incumbent | Vacancy Reason | Vacancy Date | Nominee | Nomination Date |
|---|---|---|---|---|---|
| 03 - PA-W | Phipps,Peter J. | Elevated | 07/16/2019 | Wiegand,Christy Criswell | 02/12/2020 |
| 04 - SC | Wooten,Terry L. | Senior | 02/28/2019 | | |
| 04 - VA-E | O'Grady,Liam | Senior | 05/01/2020 | | |
| 04 - VA-E | Smith,Rebecca Beach | Senior | 08/01/2019 | | |
| 04 - VA-W | Conrad,Glen E. | Senior | 12/11/2017 | Cullen,Thomas T. | 02/04/2020 |
| 05 - CCA | Jolly,E. Grady | Senior | 10/03/2017 | Wilson,Cory T. | 05/04/2020 |
| 05 - LA-W | Drell,Dee D. | Senior | 11/30/2017 | Joseph,David Cleveland | 01/06/2020 |
| 05 - MS-S | Starrett,Keith | Senior | 04/30/2019 | | |
| 05 - MS-S | Guirola Jr.,Louis | Senior | 03/23/2018 | Johnson,Kristi Haskins | 05/04/2020 |
| 05 - TX-S | Lake III,Simeon Timothy | Senior | 07/05/2019 | Tipton,Drew B. | 02/04/2020 |
| 06 - MI-W | Bell,Robert Holmes | Senior | 01/31/2017 | Jarbou,Hala Y. | 03/18/2020 |
| 06 - OH-N | Boyko,Christopher A. | Senior | 01/06/2020 | Calabrese,J. Philip | 03/03/2020 |
| 06 - OH-N | Zouhary,Jack | Senior | 07/01/2019 | Knepp II,James Ray | 03/03/2020 |
| 06 - OH-S | Barrett,Michael R. | Senior | 02/15/2019 | Newman,Michael Jay | 03/03/2020 |
| 06 - TN-E | Mattice Jr.,Harry S. | Senior | 03/10/2020 | | |
| 07 - IL-N | Kapala,Frederick J. | Senior | 05/10/2019 | Johnston,Iain D. | 02/12/2020 |
| 07 - IL-N | Castillo,Ruben | Retired | 09/27/2019 | Valderrama,Franklin Ulyses | 02/12/2020 |
| 07 - IL-S | Herndon,David R. | Retired | 01/07/2019 | Dugan,David W. | 02/12/2020 |
| 07 - IL-S | Reagan,Michael J. | Retired | 03/31/2019 | McGlynn,Stephen P. | 02/04/2020 |
| 07 - WI-E | Griesbach,William C. | Senior | 12/31/2019 | | |
| 07 - WI-E | Randa,Rudolph T. | Senior | 02/05/2016 | Ludwig,Brett H. | 03/03/2020 |
| 08 - MN | Ericksen,Joan N. | Senior | 10/15/2019 | | |
| 09 - AZ | Collins,Raner | Senior | 03/04/2019 | Hinderaker,John Charles | 12/02/2019 |
| 09 - AZ | Jorgenson,Cindy K. | Senior | 04/06/2018 | Rash,Scott Hugh | 10/15/2019 |
| 09 - CA-C | Guilford,Andrew J. | Senior | 07/05/2019 | | |
| 09 - CA-C | Selna,James V. | Senior | 03/03/2020 | | |

| Court | Incumbent | Vacancy Reason | Vacancy Date | Nominee | Nomination Date |
|---|---|---|---|---|---|
| 09 - CA-C | Otero,S. James | Senior | 12/30/2018 | Aenlle-Rocha,Fernando L. | 01/09/2020 |
| 09 - CA-C | Collins,Audrey B. | Retired | 08/01/2014 | Blumenfeld,Jr.,Stanley | 01/09/2020 |
| 09 - CA-C | Pregerson,Dean D. | Senior | 01/28/2016 | Holcomb,John W. | 02/13/2020 |
| 09 - CA-C | O'Connell,Beverly Reid | Deceased | 10/08/2017 | Kim,Steve | 02/13/2020 |
| 09 - CA-C | Snyder,Christina A. | Senior | 11/23/2016 | Leal,Sandy Nunes | 02/13/2020 |
| 09 - CA-C | Real,Manuel L. | Senior | 11/04/2018 | Richmond,Rick Lloyd | 02/13/2020 |
| 09 - CA-C | Morrow,Margaret M. | Senior | 10/29/2015 | Rosen,Jeremy Brooks | 02/13/2020 |
| 09 - CA-C | King,George H. | Retired | 01/06/2017 | Scarsi,Mark C. | 01/09/2020 |
| 09 - CA-E | England Jr.,Morrison C. | Senior | 12/17/2019 | | |
| 09 - CA-E | O'Neill,Lawrence J. | Senior | 02/02/2020 | | |
| 09 - CA-S | Benitez,Roger T. | Senior | 12/31/2017 | Braverman,Adam L. | 02/13/2020 |
| 09 - CA-S | Houston,John A. | Senior | 02/06/2018 | Johnson,Knut Sveinbjorn | 02/13/2020 |
| 09 - CA-S | Moskowitz,Barry Ted | Senior | 01/23/2019 | Matthews,R. Shireen | 02/13/2020 |
| 09 - CA-S | Anello,Michael M. | Senior | 10/31/2018 | Pettit,Michelle M. | 02/13/2020 |
| 09 - CA-S | Huff,Marilyn L. | Senior | 09/30/2016 | Robinson,Todd Wallace | 02/13/2020 |
| 09 - NV | Jones,Robert Clive | Senior | 02/01/2016 | | |
| 09 - NV | Mahan,James C. | Senior | 06/29/2018 | Togliatti,Jennifer P. | 02/13/2020 |
| 09 - WA-W | Lasnik,Robert S. | Senior | 01/27/2016 | | |
| 09 - WA-W | Settle,Benjamin Hale | Senior | 01/01/2020 | | |
| 09 - WA-W | Robart,James L. | Senior | 06/28/2016 | | |
| 09 - WA-W | Leighton,Ronald B. | Senior | 02/28/2019 | | |
| 09 - WA-W | Pechman,Marsha J. | Senior | 02/06/2016 | | |
| 10 - CO | Krieger,Marcia S. | Senior | 03/03/2019 | | |
| 10 - KS | Murguia,Carlos | Resigned | 04/01/2020 | | |
| 10 - NM | Herrera,Judith C. | Senior | 07/01/2019 | | |
| 10 - NM | Brack,Robert | Senior | 07/25/2018 | | |

| Court | Incumbent | Vacancy Reason | Vacancy Date | Nominee | Nomination Date |
|---|---|---|---|---|---|
| 10 - OK-E | Payne,James H. | Senior | 08/01/2017 | Heil III,John F. | 01/06/2020 |
| 11 - AL-M | Brasher,Andrew Lynn | Elevated | 02/11/2020 | | |
| 11 - AL-N | Bowdre,Karon O. | Senior | 04/25/2020 | Manasco,Anna M. | 02/04/2020 |
| 11 - FL-M | Kovachevich,Elizabeth A. | Senior | 12/14/2018 | Badalamenti,John Leonard | 02/04/2020 |
| 11 - FL-S | Marra,Kenneth A. | Senior | 08/01/2017 | | |
| CL | Wolski,Victor J. | Senior | 07/13/2018 | | |
| CL | Lettow,Charles Frederick | Senior | 07/13/2018 | Davis,Kathryn C. | 02/04/2020 |
| CL | Damich,Edward J. | Senior | 10/21/2013 | Epstein,David Z. | 02/04/2020 |
| CL | Block,Lawrence J. | Retired | 01/08/2016 | Meyers,Edward Hulvey | 01/06/2020 |
| CL | Braden,Susan G. | Senior | 07/13/2018 | Obermann,Grace Karaffa | 01/09/2020 |
| CL | Horn,Marian Blank | Senior | 03/09/2018 | Schwartz,Stephen Sidney | 01/09/2020 |
| IT | Gordon,Leo M. | Senior | 03/22/2019 | | |
| IT | Ridgway,Delissa A. | Senior | 01/31/2019 | Vaden,Stephen A. | 01/03/2020 |

Total Vacancies: 83

Total Nominees Pending: 47