**<u>EXHIBIT E</u>**

PUBLICATIONS ∨   PRACTICE TOOLS ∨   EVENTS (/EVENTS/)   LEGAL NEWSWIRE (/LEGALNEWSWIRE/)   LEGAL DICTIONARY (HTTPS://DICTIONARY.LAW.COM/)

VERDICT SEARCH (HTTPS://VERDICTSEARCH.COM/FEATURED-VERDICTS/)   JOBS (HTTPS://LAWJOBS.COM/)

🔍 SEARCH (/newyorklawjournal/search/)   COVID-19 (/INSTANT-INSIGHTS/MAKING-IT-WORK-THE-LEGAL-PROFESSION-IN-THE-AGE-OF-COVID-19/)   TOPICS ∨ (/TOPICS/)   SURVEYS & RANKINGS ∨ (/RANKINGS/)

LAW.COM   New York Law Journal   (/newyorklawjournal/)

News (/newyorklawjournal/news/)

# SDNY Tightens Restrictions on Use of Manhattan Courthouses in Response to Coronavirus

Nearly all of the district court's limited activity will be conducted at the Daniel Patrick Moynihan Courthouse on Pearl Street, where only urgent criminal matters, including arraignments and emergency bail matters, will be...

By TOM McPARLAND (https://www.law.com/newyorklawjournal/author/profile/Tom-McParland/)   |   April 10, 2020 at 12:28 PM





📄 (htt...



ASSOCIATED PRESS/WNYLJ

The U.S. District Court for the Southern District of New York on Friday announced a new set of restrictions at two federal courthouses in lower Manhattan, as the court continues to scale back its operations in response to the coronavirus pandemic.

Starting April 13, nearly all of the district court's limited activity will be conducted at the Daniel Patrick Moynihan Courthouse on Pearl Street, according to an ...

## Trending Stories

1. **Texas Supreme Court Reminds Cities There Is No Pandemic Exception to the Constitution** (/texaslawyer/2020/05/20/supreme-court-reminds-cities-there-is-no-pandemic-exception-to-the-constitution)
   TEXAS LAWYER (/TEXASLAWYER/)

2. **Juror Walks Off to Take Phone Call as Texas Tests First Jury Trial Via Zoom** (/texaslawyer/2020/05/18/juror-walks-off-to-take-phone-call-as-texas-tests-first-jury-trial-via-zoom/)
   TEXAS LAWYER (/TEXASLAWYER/)

3. **Total U.S. death rate is below average, CDC says** (/2020/04/17/total-u-s-death-rate-is-still-below-average-cdc-412-96700/)
   BENEFITSPRO (/BENEFITSPRO/)

4. **It's Real and It's Spectacular: A Free Summer Class on 'Seinfeld' and the Law** (/2020/05/14/its-real-and-its-spectacular-a-free-summer-class-on-seinfeld-and-the-la...)
   LAW.COM (HTTPS://WWW.LAW.COM)

5. **Cuomo Offers 4-Phase Plan to 'Reopen' NY, With Professional Services in Step 2**

_____ _____ _____ posted on the court's website. The courthouse would remain open, but only to hear urgent criminal matters, including arraignments, emergency bail applications and reviews, the memo said.

No Southern District personnel would be on site just across the way to staff the Thurgood Marshall Courthouse, which would be closed to district matters, with the limited exception of hearing grand jury matters. The restrictions would remain in place until at least May 4.

The latest round of restrictions built on earlier measures by Chief Judge Colleen McMahon to maintain essential court functions and protect staff during the novel coronavirus outbreak, which had claimed nearly 17,000 American lives, as of Friday morning.

McMahon on March 27 entered a standing order suspending all jury trials until June 1, at the earliest. The court said Friday that no new juries were being called, and McMahon's earlier order may need to be extended "due to the lead time needed to call jurors."

(https://prod.lawcatalog.com/library-of-new-york-civil-discovery-forms.html?

____store=law_catalog&utm_source=website&utm_medium=inline&utm_campaign=ljp_books&utm_promo&utm_term=lc)

**Library of New York Civil Discovery Forms (https://prod.lawcatalog.com/library-of-new-york-civil-discovery-forms.html?____store=law_catalog&utm_source=website&utm_medium=inline&utm_campaign=ljp_books&utm_promo&utm_term=lc)** BOOK

Library of New York Civil Discovery Forms is a library of over 150+ sample documents and forms selected from Smart Litigator New York, a complete, affordable, NY-specific...

Get More Information (https://prod.lawcatalog.com/library-of-new-york-civil-discovery-forms.html?____store=law_catalog&utm_source=website&utm_medium=inline&utm_campaign=ljp_books&utm_content=related-promo&utm_term=lc)

Meanwhile, the attorney lounge in the Moynihan Courthouse would be used for remote emergency visits between defense lawyers and clients currently housed at the Metropolitan Correctional Center in Manhattan and Brooklyn's Metropolitan Detention Center. Visitation slots, however, have been extremely limited at both facilities, as officials at the federal Bureau of Prisons have struggled to meet the increased need for telephone and video calls.

The court would not be involved in arranging the meetings, and it would be up to the Federal Defenders of New York to provide information needed for attorneys to schedule visits, the memo said.



All arraignments across the district will take place in Courtroom 24B of the Moynihan Courthouse, with all participants, except a magistrate judge, working remotely. If no magistrate judge is present in the courthouse, indictments would be returned before the Part I judge.

The Charles L. Brieant Courthouse in White Plains would remain open to handle other criminal matters and emergency civil applications, according to the guidance.

All court reporting and interpreting services will be provided remotely, and parties to civil cases were directed to check the websites of individual judges for orders extending time and adjourning conferences.

Read More

SDNY Imposes New Restrictions on Use of Manhattan Courthouses

**New York Court of Appeals Calls for Bar Exam in 'Early September' (https://www.law.com/2020/03/31/new-york-court-of-appeals-calls-for-bar-exam-in-early-september/)**

New York Court of Appeals Calls for Bar Exam in 'Early September'

**Global Briefing (https://store.law.com/... &productCode=LAWI...**

A weekly, curated selection of our international content from around the globe, across the business of

f SHARE    𝕏 SHARE

law, in-house, regulatory,
technology and more, with expert
insights from our senior editors



🔍 SEARCH  COVID-19 (/INSTANT-INSIGHTS/MAKING-IT-WORK-THE-LEGAL-PROFESSION-IN-THE-AGE-OF-COVID-19/)    TOPICS ⌄ (/TOPICS/)    SURVEYS & RANKINGS ⌄ (/RANKINGS/)
   (/newyorklawjournal/)    (/)

**LAW.COM**    **New York Law Journal**    (/newyorklawjournal/)

PROMOCODE=NY&SOURCE=
TIGHTENS
PROMOCODE=NY&SOURCE=
TIGHTENS-REST

## Tom McParland



( https://www.law.com/newyorklawjournal/author/profile/Tom-McParland/)

Tom McParland of New York Law Journal can be contacted at tmcparland@alm.com. Follow him on
Twitter @TMcParlandALM.

More from this author → (https://www.law.com/newyorklawjournal/author/profile/Tom-McParland/)

## Dig Deeper

Federal Government (/topics/federal-government/)

Court Administration (/topics/court-administration/)    Government (/topics/government/)

Litigation (/topics/litigation/)

---

## Recommended Stories

### NY Courts to Lift Ban on New 'Nonessential' Lawsuits for Downstate Counties (https://www.law.com/newyorklawjournal/2020/05/20/ny-courts-to-lift-ban-on-new-nonessential-lawsuits-for-downstate-counties/)

RYAN TARINELLI (/AUTHOR/PROFILE/RYAN-TARINELLI/) | MAY 20, 2020

Chief Administrative Judge Lawrence Marks made the announcement Wednesday in a memorandum to trial court judges.

### What Are We Learning In Month 2? Litigating in a Global Pandemic: An Update (https://www.law.com/newyorklawjournal/2020/05/21/what-are-we-learning-in-month-2-litigating-in-a-global-pandemic-an-update/)

JOHN SIEGAL | MAY 21, 2020

The pandemic is rapidly forcing changes in lawyer behavior and lifestyle that are accelerating the transformation of our business environment into a permanent 21st century world of electronic communications, virtual offices and networked interactions.

## Featured Firms

**Law Offices of Gary Martin Hays &
Associates P.C.**

620 GLEN IRIS DR NE SUITE 102
ATLANTA, GA 30308
(470) 294-1674 www.garymartinhays.com

**Law Offices of Mark E. Salomone**

2 OLIVER ST #608
BOSTON, MA 02109
(857) 444-6468 www.marksalomone.com

**Smith & Hassler**

1225 N LOOP W #525
HOUSTON, TX 77008
(713) 739-1250 www.smithandhassler.com

Presented by BigVoodoo

NATIONAL LAW JOURNAL
(HTTPS://WWW.LAW.COM/NATIONALLAWJOURNAL/)

SEARCH

LAW.COM

*New York Law Journal*

## Female Justices Were Cut Off More Than Colleagues During Phone Arguments, Study Says (https://www.law.com/newyorklawjournal/2020/05/20/female-justices-were-cut-off-more-than-colleagues-during-phone-arguments-study-says/)

MARCIA COYLE (HTTPS://WWW.LAW.COM/NATIONALLAWJOURNAL/AUTHOR/PROFILE/MARCIA-COYLE/) | MAY 20, 2020

This snapshot can only tell us so much," law professor Leah Litman, author of the new report, writes. There were a mere ten arguments over a two week period, and this format was new to everyone."

# More from ALM

| CLE Center | Legal Compass | Events | Webcasts | Lawjobs | Professional Announcements |

## Premium Subscription

With this subscription you will receive unlimited access to high quality, online, on-demand premium content from well-respected faculty in the legal industry. This is perfect for attorneys licensed in multiple jurisdictions or for attorneys that have fulfilled their CLE requirement but need to access resourceful information for their practice areas.

View Now (http://clecenter.com/Program/Premium.aspx)

## Team Accounts

Our Team Account subscription service is for legal teams of four or more attorneys. Each attorney is granted unlimited access to high quality, on-demand premium content from well-respected faculty in the legal industry along with administrative access to easily manage CLE for the entire team.

View Now (http://clecenter.com/CleForFirm/Default.aspx)

## Bundle Subscriptions

Gain access to some of the most knowledgeable and experienced attorneys with our 2 bundle options! Our Compliance bundles are curated CLE Counselors and include current legal topics and challenges within the industry. Our second option allows you to build your bundle and strategically select the content that pertains to your needs. Both options are priced the same.

View Now (http://clecenter.com/Default.aspx)

CLE Center

**ALM Legal Publication Newsletters**

# Sign Up Today and Never Miss Another Story.

As part of your digital membership, you can sign up for an unlimited number of a wide range of complimentary newsletters. Visit your My Account (https://store.law.com/registration/login.aspx?promoCode=NY) page to make your selections. Get the timely legal news and critical analysis you cannot afford to miss. Tailored just for you. In your inbox. Every day.

Sign Now (https://store.law.com/registration promoCode=NY)

Privacy Policy (https://www.alm.com/privacy-policy-new/)



LAW.COM (/)

FOLLOW US    (https://www.facebook.com/LawdotcomALM/)    (https://twitter.com/lawdotcom)    (https://www.linkedin.com/company/law-com/)
(http://feeds.feedblitz.com/law/legal-news/)

LAW.COM    New York Law Journal

| PUBLICATIONS | LAW TOPICS | RANKINGS | MORE | PROMOCODE=NY&SOURCE |
|---|---|---|---|---|

**PUBLICATIONS**

The American Lawyer (/americanlawyer/)

Corporate Counsel (/corpcounsel/)

National Law Journal (/nationallawjournal/)

New York Law Journal (/newyorklawjournal/)

New Jersey Law Journal (/njlawjournal/)

The Recorder (/therecorder/)

More Publications › (/publications/)

**LAW TOPICS**

Litigation (/topics/litigation/)

Deals and Transactions (/topics/deals-and-transactions/)

Law Firm Management (/topics/law-firm-management/)

Legal Practice Management (/topics/legal-practice-management/)

Cybersecurity (/topics/cybersecurity/)

Intellectual Property (/topics/intellectual-property/)

More Law Topics › (/topics/)

**RANKINGS**

Am Law 100 (/americanlawyer/rankings/the-2020-am-law-100/)

Am Law 200 (/americanlawyer/rankings/the-2020-am-law-200/)

Global 100 (/americanlawyer/rankings/global-100/)

National Law Journal 500 (/nationallawjournal/rankings/the-nlj-500/)

Pro Bono Scorecard (/americanlawyer/rankings/pro-bono/)

The A-List (/americanlawyer/rankings/a-list/)

More Rankings › (/rankings/)

**MORE**

Events (/events/)

Legal Compass (https://www.alm.com/intelligence/solutions-we-provide/business-of-law-solutions/legal-compass/)

Editorial Calendar (/editorial-calendar/)

Legal Dictionary (https://dictionary.law.com/)

Lawjobs.com (http://lawjobs.com/)

Law Schools (/topics/legal-education/)

Legal Newswire (/legalnewswire/)

Verdict Search (https://verdictsearch.com/featured-verdicts/)

Law.com US Edition

Law.com Int'l Edition (/international-edition/)

Briefings (/static/briefings)

Analysis (/analysis)

Podcasts (/podcasts)

Webcasts (/webcasts)

ALM    Copyright © 2020 ALM Media Properties, LLC. All Rights Reserved.