# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TOM HUSSEY PHOTOGRAPHY, LLC, | |
| Plaintiff, | |
| v. | C.A. No. 20-404-MN |
| BDG MEDIA, INC., | |
| Defendant. | |

### [PROPOSED] ORDER

**IT IS HEREBY ORDERED**, this _____ day of _____, 2021, that so much of Defendant BDG Media, Inc.'s Motion to Dismiss Plaintiff's Complaint or, in the Alternative, to Transfer Venue to the Southern District of New York (DI 27), as seeks transfer of this action to the Southern District of New York pursuant to 28 U.S.C. § 1404(a) is **GRANTED** based on Plaintiff's assent to the requested transfer. Defendant's Motion to Dismiss Plaintiff's Amended Complaint shall be addressed by the Court in the Southern District of New York following transfer.

_____
The Honorable Maryellen Noreika
United States District Court Judge